Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CraftShack, Inc., a Delaware Corporation;<br><br>    Plaintiff,<br><br>v.<br><br>The Craft Lounge Taproom & Bottleshop, a California business entity of unknown form; and DOES 1 through 10,<br><br>    Defendants. | Case No.:<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br><u>Jury Trial Demanded</u> |

CraftShack, Inc., through counsel, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a)-(b).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## **PARTIES**

4. CraftShack, Inc. ("CraftShack") is a Delaware corporation with its primary place of business located at 1201 N. Orange St., Suite 7186, Wilmington, DE 19801.

5. Upon information and belief, Plaintiff alleges that Defendant The Craft Lounge Taproom & Bottleshop ("CL") is a California business entity of unknown form with its principal place of business located at 690 Beaumont Avenue, Beaumont, CA 92223. CL owns, operates, and/or controls the website thecraftloungebeer.com ("CL's Website").

6. Upon information and belief, Plaintiff alleges that Defendants DOES 1 through 10 ("DOE Defendants") (collective with CL, "Defendants") are other parties not yet identified who have infringed Plaintiff's copyrights. The true names, whether corporate, individual or otherwise, of DOE Defendants are presently unknown to Plaintiff, which therefore sues said DOE Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7. Upon information and belief, Plaintiff alleges that each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted each of the acts or conduct alleged, with full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

//
//

## CLAIMS RELATED TO THE SUBJECT PHOTOGRAPHS

8. CraftShack operates an online craft beer marketplace through which small and family-owned liquor businesses ship beer directly to customers. CraftShack's website displays hundreds of original photographs used to promote the sale of craft beer. CraftShack owns 60 original photographs registered with the United States Copyright Office (collectively, the "Subject Photographs"). True and correct copies of the Subject Photographs, along with their titles and Copyright Reg. Nos., are attached hereto as **Exhibit 1**.

9. Following the publication and display of the Subject Photographs, Defendants, and each of them, copied, stored, transmitted, distributed, published, reproduced, displayed, created derivative works of, and/or otherwise used the Subject Photographs without license, authorization, or consent from CraftShack, including on CL's Website (collectively, the "Accused Posts"). True and correct copies of screenshots of the Accused Posts are attached hereto as **Exhibit 2**.

10. On December 3, 2021, CraftShack sent correspondence to CL regarding CL's unauthorized uses of the Subject Photographs on its Website. CL did not meaningfully respond, necessitating this action.

## FIRST CLAIM FOR RELIEF

**(For Copyright Infringement - Against All Defendants, and Each)**

11. Plaintiff incorporates by reference the preceding paragraphs of this Complaint.

12. Defendants, and each of them, had access to the Subject Photographs, including through Plaintiff's website and social media accounts, or viewing the Subject Photographs on third-party websites.

13. Defendants, and each of them, copied, stored, transmitted, distributed, published, reproduced, displayed, created derivative works of, and/or otherwise used the Subject Photographs without license, authorization, or consent from Plaintiff, including on CL's Website.

14. Due to Defendants' acts of copyright infringement, Plaintiff has suffered damages in an amount to be established at trial.

15. Due to Defendants' acts of copyright infringement, Defendants have obtained profits they would not have realized but for their unauthorized use of copies of the Subject Photographs. As such, Plaintiff is entitled to disgorgement of Defendants' profits attributable to their infringement of the copyrights in the Subject Photographs, in an amount to be established at trial.

16. Upon information and belief, Plaintiff alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of Plaintiff's rights in the Subject Photographs, such that said acts of copyright infringement were, and continue to be, willful, intentional, and malicious, and/or taking with reckless disregard for Plaintiff's rights.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment as follows:

a. That Defendants be enjoined from copying, storing, transmitting, distributing, publishing, reproducing, displaying, creating derivative works of, and/or otherwise using the Subject Photographs without license, authorization, or consent from Plaintiff;

b. That Plaintiff be awarded all Defendants' profits, plus all Plaintiff's losses, the exact sum to be proven at trial; or alternatively, if elected, statutory damages under 17 U.S.C. § 504;

c. That Plaintiff be awarded its costs and fees under 17 U.S.C. § 505;

d. That Plaintiff be awarded pre-judgment interest as allowed; and

e. That Plaintiff be awarded such further relief as this Court finds proper.

//
//

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: March 14, 2022                                    DONIGER/BURROUGHS

                                                   By:   */s/ Stephen M. Doniger*
                                                                   Stephen M. Doniger, Esq.
                                                                   Benjamin F. Tookey, Esq.
                                                                   *Attorneys for Plaintiff*