**EXHIBIT 1**

|   | Subject Photographs | Title | Reg. No. |
|---|---|---|---|
| 1. | | Abnormal-Executive-Pour-Double-IPA-16OZ-CAN | VA0002228839 |
| 2. | | Abnormal-Real-American-Dry-Hopped-Lager-16OZ-CAN | VA0002233234 |
| 3. | | Abnormal-Turbid-Essence-Hazy-DIPA-16OZ-CAN | VA0002228839 |
| 4. | | Alesmith-Philosophy-And-Velocity-West-Coast-Edition-16OZ-CAN | VA0002228839 |

| | | | |
|---|---|---|---|
| 5. | | Amplified-Ale-Works-8-Years-Later-Hazy-IPA-16OZ-CAN | VA0002233234 |
| 6. | | Amplified-Ale-Works-Caught-In-The-Rain-IPA-16OZ-CAN | VA0002226987 |
| 7. | | Amplified-Ale-Works-Check-Your-Hops-IPA-4PK-16OZ-CAN | VA0002219500 |
| 8. | | Amplified-Ale-Works-Make-War-Sails-Sour-16OZ-CAN | VA0002219500 |

| | | | |
|---|---|---|---|
| 9. | | Amplified-Ale-Works-Midnight-Toker-Bourbon-Barrel-Aged-Baltic-Porter-22OZ-BTL | VA0002233234 |
| 10. | | Arrow-Lodge-Vienna-Nights-16OZ-CAN | VA0002210782 |
| 11. | | Attitude-Legendary-24-Double-Hazy-IPA-4PK-16OZ-CAN | VA0002226987 |
| 12. | | Beachwood-Hopernicus-Double-IPA-16OZ-CAN | VA0002233234 |

3

| 13. | | Black-Project-Wiretap-Sour-Ale-16OZ-CAN | VA0002228839 |
|---|---|---|---|
| 14. | | Boomtown-Chavez-Ravine-Hazy-IPA-19.2OZ-CAN | VA0002219500 |
| 15. | | Booze-Brothers-Clocked-Out-Double-IPA-16OZ-CAN | VA0002228839 |
| 16. | | Booze-Brothers-Pity-Party-7th-Anniversary-IPA-16OZ-CAN | VA0002228839 |

| | | | |
|---|---|---|---|
| 17. | | Bottle-Logic-Assonance-Consonance-Imperial-Stout-16OZ-CAN | VA0002226987 |
| 18. | | Bottle-Logic-Double-Actuator-Double-IPA-4PK-16OZ-CAN | VA0002197362 |
| 19. | | Bottle-Logic-J-Wakefield-Interdiction-Field-2020-500ML-BTL | VA0002233234 |
| 20. | | Bottle-Logic-Siempre-Explorando-Con-Lima-Lager-16OZ-CAN | VA0002228839 |

5

| | | | |
|---|---|---|---|
| 21. | | Bottle-Logic-Space-Jam-2020-500ML-BTL | VA0002219500 |
| 22. | | Burgeon-Clever-Kiwi-16OZ-CAN | VA0002217411 |
| 23. | | Burning-Beard-Normcore-Pilsner-16OZ-CAN | VA0002219420 |
| 24. | | Creative-Creature-Southnorte-Bockslasher-Doppelbock-16OZ-CAN | VA0002212917 |

6

| | | | |
|---|---|---|---|
| 25. | | Crowns-Hops-BPLB-Hazy-IPA-16OZ-CAN | VA0002219500 |
| 26. | | Crowns-Hops-Elevated-Cypher-IPA-16OZ-CAN | VA0002226987 |
| 27. | | Crowns-Hops-Great-Notion-Crowns-Axes-Sour-16OZ-CAN | VA0002226987 |
| 28. | | Duck-Foot-Bing-Logger-Export-Lager-16OZ-CAN | VA0002219500 |

| | | | |
|---|---|---|---|
| 29. | | Full-Circle-Hip-Hop-Puree-Pie-Of-The-Tiger-Apricot-Pie-Sour-4PK-16OZ-CAN | VA0002228839 |
| 30. | | Harland-Sunken-Isles-IPA-16OZ-CAN | VA0002219420 |
| 31. | | Local-Craft-Beer-With-Your-Wort-Wrangler-In-The-Kitchen-IPA-16OZ-CAN | VA0002219500 |
| 32. | | Mason-Aleworks-Atari-Snow-Hazy-IPA-16OZ-CAN | VA0002240951 |

| | | | |
|---|---|---|---|
| 33. | | Mason-Aleworks-No-Save-Point-IPA-16OZ-CAN | VA0002233234 |
| 34. | | Mason-Aleworks-Superstition-Intergalactic-Battle-Mammoth-Lager-16OZ-CAN | VA0002233234 |
| 35. | | Mason-Aleworks-Valley-Of-Plenty-Golden-Stout-16OZ-CAN | VA0002233234 |
| 36. | | Masons-Double-Hipster-Vacation-Double-IPA-16OZ-CAN | VA0002219500 |

9

| | | | |
|---|---|---|---|
| 37. | | Masons-Liquid-Rapture-DIPA-16OZ-CAN | VA0002226987 |
| 38. | | Masons-Rekkr-IPA-16OZ-CAN | VA0002219500 |
| 39. | | Mikkeller-San-Diego-Beer-Geek-Peanut-Butter-Shake-Imperial-Stout-16OZ-CAN | VA0002228839 |
| 40. | | Newtopia-POG-Modern-Seasonal-Hard-Cider-4PK-16OZ-CAN | VA0002228839 |

| 41. | | Offshoot-Relax-Its-Just-A-Hazy-IPA-16OZ-CAN | VA0002189963 |
|---|---|---|---|
| 42. | | Offshoot-Retreat-This-Is-A-Hazy-Double-IPA-16OZ-CAN | VA0002198090 |
| 43. | | Pizza-Port-Bacon-And-Eggs-16OZ-CAN | VA0002233234 |
| 44. | | Revision-Disco-Ninja-16OZ-CAN | VA0002212917 |

| | | | |
|---|---|---|---|
| 45. | | Revision-Hazy-Life-16OZ-CAN | VA0002214669 |
| 46. | | Societe-The-Bachelor-With-Enigma-IPA-16OZ-CAN | VA0002226987 |
| 47. | | Stone-Buenaveza-Salt-Lime-Lager-12OZ-CAN | VA0002255222 |
| 48. | | Toppling-Goliath-King-Sue-DIPA-16OZ-CAN | VA0002214669 |

| | | | |
|---|---|---|---|
| 49. | | Toppling-Goliath-Pseudo-Sue-16OZ-CAN | VA0002214669 |
| 50. | | Toppling-Goliath-Scorpius-Morchella-DIPA-16OZ-CAN | VA0002212917 |
| 51. | | Wild-Barrel-Hop-Obsession-IPA-16OZ-CAN | VA0002189958 |
| 52. | | Wild-Barrel-Hopulence-Hazy-IPA-16OZ-CAN | VA0002219500 |

13

| | | | |
|---|---|---|---|
| 53. | | Wild-Barrel-Mo-Hazy-16OZ-CAN | VA0002228839 |
| 54. | | Wild-Barrel-Prince-of-Dankness-16OZ-CAN | VA0002274510 |
| 55. | | Wild-Barrel-Razzleberry-Pie-Imperial-Pastry-Sour-16OZ-CAN | VA0002219420 |
| 56. | | Wild-Barrel-San-Diego-Vice-Cranzu-Sour-Ale-16OZ-CAN | VA0002214669 |

| | | | |
|---|---|---|---|
| 57. | | Wild-Barrel-San-Diego-Vice-Montmorency-Cherries-16OZ-CAN | VA0002210782 |
| 58. | | Wild-Barrel-Santas-On-The-Juice-16OZ-CAN | VA0002189958 |
| 59. | | Wild-Barrel-Vice-Blueberry-Cherry-Sour-16OZ-CAN | VA0002233234 |
| 60. | | Wild-Barrel-Vice-Papaya-Mulberry-16OZ-CAN | VA0002198090 |